# IN THE SUPREME COURT OF THE STATE OF NEVADA

BARBARA JEAN PARKER, A/K/A
BARBARA ROBBIE JEAN PARKER,
　　　　　　　　　Appellant,
　　　　　vs.
THE STATE OF NEVADA,
　　　　　　　　　Respondent.

No. 69956

FILED

APR 2 7 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Fourth Judicial District Court, Elko County; Nancy L. Porter, Judge.

The notice of appeal in this matter was filed on March 1, 2016, one day beyond the expiration of the 30-day appeal period prescribed by NRAP 4(b)(1)(A). Because the notice of appeal was not timely filed, we lack jurisdiction to consider this appeal, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) ("[A]n untimely notice of appeal fails to vest jurisdiction in this court,"), and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

16-13284

cc: Hon. Nancy L. Porter, District Judge
Elko County Public Defender
Attorney General/Carson City
Elko County District Attorney
Elko County Clerk
Barbara Jean Parker